UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ZACHARIAH DANIELS, | No. 2:16-cv-0852 CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DR. FIALLOS, | |
| Defendant. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On November 1, 2016, the court ordered plaintiff to complete and return to the court certain documents necessary for service of process. The court no longer requires those documents for service in this case, so that order will be vacated. Under separate order, the court will order that process be served upon defendant.

Also, plaintiff requests that this court serve all orders, and other documents concerning this case originating from the court, upon an inmate assisting plaintiff with these proceedings. The rules of the court only provide for service of documents on parties or attorneys representing parties and admitted to practice before the court. Furthermore, plaintiff has not shown that he cannot receive court documents himself, and then forward them to persons assisting him.

/////

/////

1

Accordingly IT IS HEREBY ORDERED that:

1. The court's November 1, 2016 order is vacated, plaintiff need not provide the court with the documents described therein.

2. Plaintiff's November 30, 2016 "motion for 3rd party service . . ." is denied.

Dated: December 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
dani0852.ser