UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARIAH DANIELS, | No. 2:16-cv-0852 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| DENIS FIALLOS-MONTERO, et al., | |
| Defendants. | |

Plaintiff has filed a motion to quash a subpoena for his medical records.  However, plaintiff has not provided the court with a copy of the subpoena, or otherwise provided the court with a detailed-enough description of the documents sought.  For these reasons, plaintiff's motion to quash (ECF No. 31) is denied.

Dated:  March 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dani0852.qua

1