UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARIAH DANIELS, | No. 2:16-cv-0852 WBS CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DENIS FIALLOS-MONTERO, | |
| Defendant. | |

Plaintiff has filed a motion asking that a portion of the filing fee for this action paid on behalf of plaintiff by the California Department of Corrections and Rehabilitation (CDCR) be returned to plaintiff's trust account. Under 28 U.S.C. § 1915(b)(2), CDCR is required to forward to the court 20% of the income received by plaintiff in the preceding month until the $350 filing fee for this action is paid in full. Documents attached to plaintiff's motion reveal that his trust account was credited with approximately $15,000 in July of 2017. In August of 2017, CDCR forwarded $325 to the court to satisfy the outstanding filing fee. In light of these facts, plaintiff establishes no violation of 28 U.S.C. § 1915(b)(2) and no funds will be returned to plaintiff.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDEDRED that plaintiff's November 13, 2017 motion for return of funds (ECF No. 43) is denied.

Dated: January 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dani0852.ta

2